UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WILLIAM SINCLAIR RICHEY,

    Plaintiff,

v.

DENNIS THAUT,

    Defendant.

No. C11-5680 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss (ECF No. 14) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice for failure to exhaust and that the dismissal count as a strike pursuant to 28 U.S.C. § 1915(g).**

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 26th day of March, 2011.

                          RONALD B. LEIGHTON
                          UNITED STATES DISTRICT JUDGE